UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>    DALE W CARNES<br>    ANGELA S CARNES<br>                          Debtors | CASE NO: 07-33619<br>         (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4040196**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 1,017 | HOMEQ SERVICING DEFAULT CASH<br>4837 WATT AVE   STE 200<br>NORTH HIGHLAND, CA  95660 | 651.77 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 10/15/2010

Certificate of Service        07-33619

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

DALE W CARNES
ANGELA S CARNES
405 FRIZZELL AVE
EATON, OH  45320

LESTER R THOMPSON
1340 WOODMAN DR
DAYTON, OH  45432

(62.1n)
ANDREW GOLDBERG
MAIN OFFICE
51 E BETHPAGE ROAD
PLAINVIEW, NY  11803

(65.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
318 W FOURTH STREET
DAYTON, OH  45402

(1018.1n)
EMERSON KECK
15 W FOURTH ST  STE 100
DAYTON, OH  45402

(1017.1)
HOMEQ SERVICING DEFAULT CASH
4837 WATT AVE   STE 200
NORTH HIGHLAND, CA  95660

(94.1n)
OHIO DEPT OF TAXATION
% ARNOLD WHITE
1335 DUBLIN RD  STE 201C
COLUMBUS, OH  43215

(61.1n)
PREMIER BANKCARD
PREMIER CSI DEPT SDPR
BOX 2208
VACAVILLE, CA  95696

(1017.3)
ROSICKI ROSICKI & ASSOCIATES
51 E BETHPAGE ROAD
PLAINVIEW, NY  11803

(63.1n)
STEVE FRANKS
PO BOX 968
TWINSBURG, OH  44087

Jeffrey M. Kellner BY    ___/s/ Jeffrey M. Kellner_____    sv